**FILED**

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0137

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 23-0137

GRANT WEST,

    Defendant and Appellant,

v.

STATE OF MONTANA,

    Plaintiff and Appellee.

## ORDER

Upon consideration of Defendant and Appellant's Motion For Extension Of Time, and with good cause shown, Defendant and Appellant Grant West is hereby granted an extension of time until February 7, 2025 in which to prepare, file and serve Defendant and Appellant's opening brief.

No further extensions will be granted.

Motion for Electronically Signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 14 2025